ACCEPTED
06-14-00036-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
2/2/2015 11:42:52 AM
DEBBIE AUTREY
CLERK

APPELLATE CASE NO. 06-14-00036-CV

FRANK KEATHLEY, INDIVIDUALLY                IN THE COURT OF APPEALS
AND DOING BUSINESS AS TOP SHELF
ANTIQUES, APPELLANT

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
2/2/2015 11:42:52 AM
DEBBIE AUTREY
Clerk

V.                                          FOR THE SIXTH DISTRICT

J.J. INVESTMENT COMPANY, LTD.,
ET AL AND CORBITT BAKER,
APPELLANTS                                  TEXARKANA, TEXAS

SECOND MOTION TO EXTEND TIME FOR FILING
APPELLANT'S BRIEF

TO THE HONORABLE COURT OF APPEALS:

Frank Keathley, individually and doing business as Top Shelf Antiques, appellant,

moves this Court to grant him an extension of time to file Appellant's Brief and

respectfully states as follows:

1.      This appeal is from post-judgment orders entered by the trial court in

Cause No. 10,072 pending in the 62nd Judicial District Court of Franklin County, Texas,

signed March 25, 2014.  All matters pending in the trial court were stayed by Appellant's

bankruptcy until this appeal was reinstated by order of this Court dated October 15, 2014

following Appellant's discharge in bankruptcy.

2.      The Appellant's Brief for Frank Keathley was originally due January 15,

2015.  The filing date was previously extended to today, February 2, 2015.  This motion

is filed as a request for extension of the filing date for an additional ten days until

February 12, 2015.  If granted, the filing date for Appellant's brief will have been

extended for a total of 28 days total.

3.      For good cause shown, Frank Keathley files this motion seeking a ten-day

extension for filing his Appellant's Brief from February 2, 2015 to February 12, 2015.

Appellant's Second Motion to Extend Time for Filing Appellant's Brief          1

This motion for extension of time is not filed solely for the purposes of delay of these proceedings, but is filed because Appellant's counsel underestimated the time required to research and address the points of error relevant to this appeal in making the original request for only an eighteen day extension. Appellant's counsel currently has two responses to petitions for review that are or will be pending in the Supreme Court and one additional case pending for appeal to the Court of Appeals that have also required research hours for preparation or in response for filing. On last Thursday, Mr. Keathley advised the undersigned counsel of the death of his Mother and requested legal assistance with respect to the death, the funeral and the related estate issues, which have resulted in a loss of time that would otherwise have been devoted to completing the brief by the filing date.

4. This is the appellant's second motion for an extension of time to file appellant's brief.

5. Appellant's counsel personally conferred with counsel for each appellee and none oppose this additional ten-day extension.

WHEREFORE, Frank Keathley, appellant, moves the Court to consider his motion and to grant him an extension of the time for filing his Appellant's Brief from February 2, 2015 to no later than February 12, 2015, or such other time as the Court may deem appropriate.

Respectfully submitted this 2nd day of February, 2015.

/s/ Larry R. Wright
Larry R. Wright
State Bar No. 22048000
P.O. Box 144
406 South Main Street
Winnsboro, Texas 75494
Telephone 903-342-1089
Fax 903-342-1088
E-mail lawyerwright@msn.com

## CERTIFICATE OF CONFERENCE

This is to certify that counsel for appellant conferred with counsel of record for each appellee and none opposed the motion for an additional extension.

Signed this 2nd day of February, 2015.

/s/ Larry R. Wright
Larry R. Wright

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been this day served on each attorney of record, as follows:

Travis P. Clardy
Clardy Law Office
209 E. Main St.
Nacogdoches, TX 75961
By fax to 936-564-2507

Larry Blount
Powers & Blount, LLP
PO Box 877
Sulphur Springs, TX 75483
By fax to 903-885-1199

Gene Stump
PO Box 606
Mount Vernon, TX 75456
By fax to 903-588-2272

Signed this 2nd day of February, 2015.

/s/ Larry R. Wright
Larry R. Wright